THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| KEVIN LAMAR ANDERSEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT J. DALE et al.,<br><br>　　　　　Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:22-CV-386 RJS<br><br>Chief District Judge Robert J. Shelby |

On July 31, 2023, the Court ordered Plaintiff to within thirty days show cause why the Complaint, (ECF No. 1), should not be dismissed for failure to state a claim upon which relief may be granted, (ECF No. 2). The Court set forth a detailed analysis explaining the claims' invalidity. (*Id.*) Plaintiff has not responded and has not been heard from in this case since it was filed nearly fifteen months ago, on June 8, 2022. (ECF No. 1.) The analysis in the Order to Show Cause therefore stands unchallenged. (ECF No. 2.)

Based on that analysis, IT IS ORDERED that this action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. *See* 28 U.S.C.S. § 1915(e)(2)(B)(ii) (2023).

　　　　　DATED this 6th day of September, 2023.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CHIEF JUDGE ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　United States District Court